IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. TDC 24-0066 |
| v. | : | |
| ANISSA MAROOF | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the defendant's Unopposed Motion For Additional Time To File Replies in support of the pretrial motions from September 16, 2024 until September 19, 2024, and the entire record herein, and it appearing that there is good cause for the request, it is this \_\_\_17th\_\_\_ day of \_\_\_Sept\_\_\_, 2024

ORDERED, that the motion is granted and the defense shall have until September 19, 2024 to file the reply memoranda.

THEODORE D. CHUANG
United States District Judge